# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MICHELLE M. BUERGER | § | |
| | § | Civil Action No. 4:18-CV-78 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| JIMMY L. CLIFTON, and PATRICIA | § | |
| CLIFTON | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 13, 2019, the report of the Magistrate Judge (Dkt. #17) was entered containing proposed findings of fact and recommendations that Defendant Jimmy L. Clifton's (construed) Motion to Set Aside Default (Dkt. #15) be granted and the Clerk's Entry of Default as to Defendant be set aside (Dkt. #13).

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Jimmy L. Clifton's Motion to Set Aside Default (Dkt. #15) is **GRANTED** and the Clerk's Entry of Default (Dkt. #13) is **SET ASIDE ONLY** as to Defendant Jimmy L. Clifton.

It is further **ORDERED** that within fourteen (14) days of the date of this Memorandum, Defendant Jimmy L. Clifton shall file an answer or other responsive pleading to Plaintiff's Complaint (Dkt. #1).

**IT IS SO ORDERED**.

**SIGNED this 24th day of July, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE