# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MICHELLE M. BUERGER | § |
| | § Civil Action No. 4:18-CV-78 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| JIMMY L. CLIFTON, ET AL. | § |
| | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 30, 2020, the report of the Magistrate Judge (Dkt. #24) was entered containing proposed findings of fact and recommendations that Plaintiff's Notice to Court and Objection to Memorandum Adopting Report and Recommendation, and Motion to Reconsider and Reverse Order Setting Aside Default (Dkt. #20) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's Motion to Reconsider and Reverse Order Setting Aside Default (Dkt. #20) is **GRANTED**. The Clerk's Entry of Default (Dkt. #13) is hereby reinstated. Plaintiff is given thirty (30) days from entry of this Memorandum to move for a default judgment in this cause.

**IT IS SO ORDERED**.

**SIGNED this 26th day of February, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE