# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MICHELLE M. BUERGER § | |
| § | |
| v. § | CIVIL ACTION NO. 4:18-CV-00078-ALM-AGD |
| § | |
| JIMMY L. CLIFTON, et al. § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 3, 2025, the Report of the Magistrate Judge, (Dkt. #75), was entered containing proposed findings of fact and recommendation that Plaintiff's Motion for Reconsideration (Dkt. #70) be denied and that Plaintiff's request for the appointment of counsel (Dkt. #70) be denied as moot. The Report further recommended that any relief not addressed by the Report should be denied as moot.

Having received the Report of the United States Magistrate Judge (Dkt. #75), and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's Motion for Reconsideration (Dkt. #70) is **DENIED** and that Plaintiff's request for the appointment of counsel (Dkt. #70) is **DENIED AS MOOT**.

Any request for relief not addressed by the Report is denied as **MOOT**.

**IT IS SO ORDERED.**

**SIGNED this 29th day of September, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE